NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT TINO ARMENDARIZ | ) | No. C 07-0264 JF (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION |
| vs. | ) ) | FOR EXTENSION OF TIME |
| MIKE KNOWLES, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 5) |
| | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his petition, Petitioner filed an application to hold the instant petition in abeyance pending the exhaustion of his potentially dispositive claims in state court. On October 5, 2007, the Court granted Petitioner's application to stay the petition while he exhausts his remaining claims.

On October 31, 2007, Petitioner filed a motion for extension of time to present his unexhausted claims to the Supreme Court in response to the Court's directive that "[i]f Petitioner wishes to have this Court consider his additional claims, he must properly present these claims to the Supreme Court of California *within thirty days of the date this order is filed...*" (Order at 3) (Docket No. 5) (emphasis added). Petitioner has opted to

1 file his state habeas petition first in state superior court and thereafter pursue appeals
2 through the state appellate and high courts.  Since it appears that Petitioner is diligently
3 pursuing his state court remedies, the Court hereby grants the motion for extension of
4 time.  (Docket No. 5.)

5      If Petitioner intends to have this Court consider his additional claims, he
6 must properly present these claims to the Supreme Court of California in a timely manner
7 after the California Sixth District Court of Appeals' decision, and if he has not obtained
8 relief in state court, thereafter notify the Court **within thirty days** of the California
9 Supreme Court's decision, and state that he wishes to reopen this action and file a motion
10 for leave to amend his petition to add the newly exhausted claims.  Along with the
11 motions, Petitioner must file an amended petition, showing the civil case number used in
12 this order, No. C 07-0264 JF (PR), and must include the caption "AMENDED
13 PETITION" on the first page.

14      **The amended petition supersedes the initial petition and may not incorporate**
15 **by reference any parts of the initial petition; Petitioner must include in the amended**
16 **petition all the allegations and claims he wishes to present which have been properly**
17 **exhausted in state court.**

18      It is Petitioner's responsibility to prosecute this case.  Petitioner must
19 keep the court informed of any change of address and must comply with the court's
20 orders in a timely fashion.  Failure to do so may result in the dismissal of this action,
21 pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

22      This order terminates Docket No. 5.
23      IT IS SO ORDERED.
24
25 DATED: 7/9/08
     JEREMY FOGEL
26      United States District Judge
27
28