**E-Filed 10/20/2011**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TINO ARMENDARIZ, ) | No. C 07-00264 JF(PR) |
| Petitioner, ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL |
| vs. ) | |
| MIKE KNOWLES, Warden, ) | |
| Respondent. ) | |
| ) | (Docket No. 34) |

    This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. The Court denied the petition for a writ of habeas corpus on the merits, and entered judgment on August 31, 2011. (See Docket Nos. 32 & 33.) On October 11, 2011, Petitioner filed a motion "for late filing for extension of time to file notice of appeal." (Docket No. 34.) Good cause appearing, Petitioner's motion is GRANTED such that his notice of appeal filed on the same day, (Docket No. 35), is deemed timely filed.

    The Clerk shall transmit the file, including a copy of this order, to the Court of Appeals. See Fed. R.App.P. 22(b); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner may ask the Court of Appeals to issue a certificate of

Order Granting Ext. Of Time to File Notice of Appeal
Armendariz264_eot-appeal.wpd

appealaiblity, <u>see</u> R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, <u>see</u> R.App.P. 22( b)(2).

This order terminates Docket No. 34.

DATED: 10/20/2011



JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT T. ARMENDARIZ,

        Petitioner,

v.

MIKE KNOWLES, Warden,

        Respondent.

Case Number: CV07-00264 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Tino Armendariz V-60637
Kern State Prison
P.O. Box 5103
 C-4
Delano, CA 93216

Dated: 10/20/2011

                                Richard W. Wieking, Clerk