1

2   **E-Filed 10/20/2011**

3

4

5

6

7

8   NOT FOR CITATION

9   IN THE UNITED STATES DISTRICT COURT

10   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   ROBERT TINO ARMENDARIZ,      )   No. C 07-00264 JF(PR)
                                    )
13              Petitioner,         )   ORDER GRANTING MOTION FOR
                                    )   EXTENSION OF TIME TO FILE A
14        vs.                       )   NOTICE OF APPEAL
                                    )
15                                  )
     MIKE KNOWLES, Warden,          )
16                                  )
                Respondent.         )
17   _____)   (Docket No. 34)

18

19        This is a habeas case under 28 U.S.C. § 2254 filed <u>pro se</u> by a state prisoner.

20   The Court denied the petition for a writ of habeas corpus on the merits, and entered

21   judgment on August 31, 2011.  (<u>See</u> Docket Nos. 32 & 33.)  On October 11, 2011,

22   Petitioner filed a motion "for late filing for extension of time to file notice of

23   appeal." (Docket No. 34.)  Good cause appearing, Petitioner's motion is

24   GRANTED such that his notice of appeal filed on the same day, (Docket No. 35), is

25   deemed timely filed.

26        The Clerk shall transmit the file, including a copy of this order, to the Court

27   of Appeals.  <u>See</u> Fed. R.App.P. 22(b); <u>United States v. Asrar</u>, 116 F.3d 1268, 1270

28   (9th Cir. 1997).  Petitioner may ask the Court of Appeals to issue a certificate of

United States District Court
For the Northern District of California

1  appealaiblity, see R.App.P. 22(b)(1), or if he does not, the notice of appeal will be

2  construed as such a request, see R.App.P. 22( b)(2).

3          This order terminates Docket No. 34.

4

5  DATED: _____10/20/2011_____          

6                                         JEREMY FOGEL
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

Order Granting Ext. Of Time to File Notice of Appeal
Armendariz264_eot-appeal.wpd                    2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ROBERT T. ARMENDARIZ,

               Petitioner,

  v.

MIKE KNOWLES, Warden,

               Respondent.
_____/

Case Number: CV07-00264 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___October 20, 2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Tino Armendariz V-60637
Kern State Prison
P.O. Box 5103
 C-4
Delano, CA 93216

Dated: ___10/20/2011_____

                                 Richard W. Wieking, Clerk